

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00102-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL REDACTED INDICTMENT |
| DONNELL MAYS et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on May 25, 2023 be unsealed and become public record.

DATED: 6/16/23

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE