1  PHILLIP A. TALBERT
United States Attorney
2  STEPHANIE M. STOKMAN
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,                CASE NO.  1:23-CR-00102-ADA-BAM
11
                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
12                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
              v.                         FINDINGS AND ORDER
13
DONNELL MAYS,                            DATE: August 9, 2023
14  EBONY LAMBERT,                        TIME: 1:00 p.m.
ARTURO MADRID,                           COURT: Hon. Barbara A. McAuliffe
15  ANDREW MADRID, AND
ANDREW RODRIGUEZ,
16
                     Defendants.
17

18                          **STIPULATION**

19       Plaintiff United States of America, by and through its counsel of record, and defendants, by and
20  through defendants' counsel of record, hereby stipulate as follows:
21       1.      By previous order, this matter was set for status on August 9, 2023.
22       2.      By this stipulation, defendants now move to continue the status conference until October
23  25, 2023, and to exclude time between August 9, 2023, and October 25, 2023, under 18 U.S.C.
24  § 3161(h)(7)(A), B(iv) [Local Code T4].
25       3.      The parties agree and stipulate, and request that the Court find the following:
26       a)      The government has represented that the discovery associated with this case
27  includes reports, photographs, and audio files. All of this discovery has been either produced
28  directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendants desire additional time to further review discovery, discuss

2    potential resolution with his client and the government, and investigate and prepare for trial.

3    c)    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny him/her the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of August 9, 2023 to October 25,

12    2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13    T4] because it results from a continuance granted by the Court at defendants' request on the basis

14    of the Court's finding that the ends of justice served by taking such action outweigh the best

15    interest of the public and the defendants in a speedy trial.

16    g)    The parties also agree that this continuance is necessary for several reasons,

17    including but not limited to, the need to permit time for the parties to exchange supplemental

18    discovery, engage in plea negotiations, and for the defense to continue its investigation and

19    preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

20    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

21    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

22    must commence.

23    IT IS SO STIPULATED.

24

25    Dated:  July 27, 2023                          PHILLIP A. TALBERT
                                                     United States Attorney

26

27                                                   /s/ STEPHANIE M. STOKMAN
                                                     STEPHANIE M. STOKMAN
                                                     Assistant United States Attorney
28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

| | |
|---|---|
| Dated:  July 27, 2023 | /s/ STEVEN CRAWFORD |
| | STEVEN CRAWFORD |
| | Counsel for Defendant |
| | DONNELL MAYS |

| | |
|---|---|
| Dated:  July 27, 2023 | /s/ PETER JONES |
| | PETER JONES |
| | Counsel for Defendant |
| | EBONY LAMBERT |

| | |
|---|---|
| Dated:  July 27, 2023 | /s/ REED GRANTHAM |
| | REED GRANTHAM |
| | Counsel for Defendant |
| | ARTURO MADRID |

| | |
|---|---|
| Dated:  July 27, 2023 | /s/ ROBERT LAMANUZZI |
| | ROBERT LAMANUZZI |
| | Counsel for Defendant |
| | ANDREW MADRID |

| | |
|---|---|
| Dated:  July 27, 2023 | /s/ KEVIN ROONEY |
| | KEVIN ROONEY |
| | Counsel for Defendant |
| | ANDREW RODRIGUEZ |

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 3, 2023**          /s/ *Barbara A. McAuliffe* _

UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3