PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Aug 31, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL MAYS,<br>EBONY LAMBERT,<br>ARTURO MADRID,<br>ANDREW RODRIGUEZ,<br>ANDREW MADRID,<br>OLEG ARREOLA, AND<br>ENRIQUE CRUZ DELEON,<br><br>Defendants. | CASE NO. 1:23-CR-00102<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 31, 2023, charging the above defendants with a violations of  21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl; 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License; 18 U.S.C. § 922(o) – Possession of a Machinegun; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 21 U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During and

Motion to Seal Indictment                    1

in Relation to a Drug Trafficking Offense; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: August 31, 2023                Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                              By    /s/ Stephanie M. Stokman
                                        STEPHANIE M. STOKMAN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 31, 2023         /s/ Sheila K. Oberto
                                                         SHEILA K. OBERTO
                                                         U.S. Magistrate Judge