Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
   DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102 ADA BAM |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| DONNELL MAYS, | |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Donnell Mays, that Mr. May's conditions of release be modified to include the following for Mr. Mays.

1. **"You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;"**

Pursuant to the Order Setting Conditions of Release, Mr. Mays is not currently subject to drug or alcohol testing, it is stipulated by and between the parties to change his pretrial release conditions as stated above.  Mr. Mays was cited on 9/19/23 by Turlock PD for simple possession and in lieu of a formal violation, Pretrial Services is requestion the above release condition be added.  All previous orders will remain in full force and effect.

///

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 11, 2023         /s/ Stephanie M .Stokman
                               Stephanie M. Stokman
                               Assistant United States Attorney
                               Attorney for Plaintiff

Date: October 11, 2023         /s/     Steven L. Crawford
                               Steven L. Crawford
                               Attorney for Defendant
                               DONNELL MAYS

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Mr. May's pretrial release as requested above.

IT IS SO ORDERED.

Dated:   **October 12, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

USA v. MAYS: Stipulation
and Proposed Order

2