Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
        DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102 NODJ BAM |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| DONNELL MAYS, | |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that Mr. May's conditions of release be modified to include the following for Mr. Mays.

1. **"You must submit to mental health treatment if requested by the pretrial services officer. You must pay all or part of the costs of the services based upon your ability to pay, as determined by the pretrial services officer;"**

2. **"You may have contact with co-defendant Ebony Lambert but no contact with the remaining co-defendants.**

Pursuant to the Order Setting Conditions of Release, Mr. Mays is currently not allowed any contact with any co-defendant. However, Mr. Mays and Ms. Lambert have been in a relationship for the past 15 years and both have severe medical issues. Counsel has spoken with both pretrial services and the ASUA on this case and both have agreed to this change in pretrial

1  condition. It is stipulated by and between the parties to change his pretrial release conditions as

2  stated above.  All previous orders will remain in full force and effect.

3

4        WHEREFORE, the parties respectfully request that the Court modify the conditions of

5  release as set forth above.

6

7                     Respectfully submitted,

8                     PHILLIP A. TALBERT
                   United States Attorney

9

10  Date: February 9, 2024          */s/ Stephanie M .Stokman*
                   Stephanie M. Stokman

11                     Assistant United States Attorney
                   Attorney for Plaintiff

12

13  Date: February 9, 2024          */s/     Steven L. Crawford*
                   Steven L. Crawford

14                     Attorney for Defendant
                   DONNELL MAYS

15

16                     **O R D E R**

17        Pursuant to the parties' stipulation, the Court hereby modifies Mr. May's pretrial release

18  as requested above.

19  IT IS SO ORDERED.

20

21    Dated:  **February 12, 2024**         /s/ *Erica P. Grosjean*

22                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

USA v. MAYS: Stipulation
and Proposed Order