Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
　　　　DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONNELL MAYS,<br><br>　　　　Defendant. | Case No. 1:23-cr-00102 NODJ BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE.<br><br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that Mr. May's conditions of release be modified to remove the following condition:

> (m) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.
>
> **CURFEW:** You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Pursuant to the Order Setting Conditions of Release, Mr. Mays is currently subject to

electronic monitoring and curfew, it is stipulated by and between the parties to change his pretrial release conditions as stated above. Pretrial Services is requesting the above release condition be removed. All previous orders will remain in full force and effect.

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 14, 2024          /s/ Stephanie M. Stokman
                             Stephanie M. Stokman
                             Assistant United States Attorney
                             Attorney for Plaintiff

Date: June 14, 2024          /s/     Steven L. Crawford
                             Steven L. Crawford
                             Attorney for Defendant
                             DONNELL MAYS

## O R D E R

Pursuant to the parties' stipulation, the Court hereby modifies Mr. May's pretrial release as requested above.

Dated: 6/14/2024             Sheila K. Oberto
                             HON. SHEILA K. OBERTO
                             United States Magistrate Judge