Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
      DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102 ADA BAM |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| DONNELL MAYS, | |
| Defendant. | Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that Mr. May's conditions of release be modified the following condition:

    **Remove the following condition:** 7(b) "reside with your sister/third-party custodian, Dana Johnson, in Atwater, California, and you must not change your residence without the prior approval of the pretrial services officer".

    **Replace with the following condition:** "You must reside at a location approved by the pretrial service officer and not change your residence without the prior approval of the pretrial services officer".

Pursuant to the Order Setting Conditions of Release, Mr. Mays is currently subject to electronic monitoring and curfew, it is stipulated by and between the parties to change his pretrial release conditions as stated above. A consent to the changes is attached to this Stipulation. Pretrial Services is requesting the above release condition be removed. All previous

orders will remain in full force and effect.

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 14, 2025                     */s/ Stephanie M .Stokman*
                                       Stephanie M. Stokman
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

Date: May 14, 2025                     */s/     Steven L. Crawford*
                                       Steven L. Crawford
                                       Attorney for Defendant
                                       DONNELL MAYS

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Mr. May's pretrial release as requested above.

IT IS SO ORDERED.

Dated:   **May 15, 2025**                 /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

USA v. MAYS: Stipulation
and Proposed Order

2