Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
        DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102-TLN-BAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| DONNELL MAYS, | |
| Defendant. | Judge: Hon. TROY L. NUNLEY |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that a change of plea be set for November 17, 2025 at 9:30 a.m.

The defendant waives time up to and including November 17, 2025.

WHEREFORE, the parties respectfully request that the Court set this matter for a change of plea on November 17, 2025.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 18, 2025          */s/ Stephanie M .Stokman*
                               Stephanie M. Stokman
                               Assistant United States Attorney

Attorney for Plaintiff

Date: August 18, 2025                    /s/      Steven L. Crawford
                                         Steven L. Crawford
                                         Attorney for Defendant
                                         DONNELL MAYS


**O R D E R**

Pursuant to the parties' stipulation, the Court hereby sets this matter for a change of plea on November 17, 2025, at 9:30 a.m., in Courtroom 5.


Dated: August 19, 2025

_____
Troy L. Nunley
Chief United States District Judge

USA v. MAYS:
Stipulation and Order

2