Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
      DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00102 NODJ/ BAM |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| DONNELL MAYS, | |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that Mr. May's conditions of release be modified to include the following for Mr. Mays.

1. **"Mr. Mays is released from electronic monitoring and the LMON device shall be removed and Mr. Mays is no longer subject to EM from probation.;"**

Pursuant to the Order Setting Conditions of Release, Mr. Mays is currently subject to electronic monitoring, it is stipulated by and between the parties to change his pretrial release conditions as stated above. Pretrial Services is requesting the above release condition be added. All previous orders will remain in full force and effect.

///

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 3, 2025          /s/ Cody Chapple
                                Cody Chapple
                                Assistant United States Attorney
                                Attorney for Plaintiff

Date: November 3, 2025          /s/    Steven L. Crawford
                                Steven L. Crawford
                                Attorney for Defendant
                                DONNELL MAYS

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Mr. May's pretrial release as requested above.

IT IS SO ORDERED.

Dated:  **November 4, 2025**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

USA v. MAYS: Stipulation
and Proposed Order

2