Law Office of Steven L. Crawford
Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
          DONNELL MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:23-CR-00102-TLN-EPG |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE SENTENCING ) HEARING; ORDER |
| DONNELL MAYS, | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley, Chief United States ) District Court Judge |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Cody S. Chapel, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Donnell Mays, that the sentencing hearing for Mr. Mays is currently set for March 9, 2026, be vacated and a new sentencing date of July 13, 2026 at 9:30 am before this Court.

There defense has several sentencing issues that have arisen in this case and need additional time to flush out the issues and possibly brief them. In addition, Mr. Mays has been in the Better Choices Court and will graduate in late March. Mr. Mays requests the new date so he can graduate from the BCC program. We would also be stipulating that the due dates for filing of final PSR, formal objections, responses, etc. be extended to correspond with the new sentencing date.

WHEREFORE, the parties respectfully request that the Court vacate the currently set sentencing hearing and set a new sentencing hearing on July 13, 2026.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 18, 2026          /s/ Cody S. Chaple
                                 Justin J. Gilio
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Date: February 18, 2026          /s/      Steven L. Crawford
                                 Steven L. Crawford
                                 Attorney for Defendant
                                 Donnell Mays

**O R D E R**

Pursuant to the parties' stipulation, It is HEREBY ORDERED:

Dated:  February 19, 2026

_____
Troy L. Nunley
Chief United States District Judge

Stipulation and Order

2