LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant,
DONNELL MAYS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONNEL MAYS,<br><br>Defendant. | Case No. 1:23-cr-00102-TLN-EPG<br><br>MOTION TO EXONERATE BOND and ORDER |

On June 27, 2023, Defendant's family posted a 2015 Mercedes S550 from Donnell Mays, Vehicle License No. 7JRJ655 on behalf of Defendant DONNELL MAYS. The defense is requesting this Court to exonerate the bond and return the vehicle ownership papers as this case is completed and Mr. Mays has been sentenced.

The Vehicle title should be released to Dana Latrice Johnson, who is the third-party custodian for Mr. Mays.

///

///

Dana Johnson is requesting that the title be mailed to her at:

Dana Johnson
680 San Joaquin Court,
Atwater, CA 95301

I have spoken to the government attorney and he does not object to this request.

DATED: 9/25/2026

Respectfully submitted,

*/s/ Alexander Bugescu*
Alexander Bugescu
Attorney for Donnell Mays

DATED: 9/25/2026

*/s/ Cody Chappell*
Cody Chappell
U.S. Attorney's Office

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and mail the certificate of title for the 2015 Mercedes S550, Vehicle License No. 7JRJ655 to Dana Johnson.

IT IS SO ORDERED.

Dated: September 25, 2026

_______________________________
UNITED STATES MAGISTRATE JUDGE